UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Swag Whitehouse Holdings LLC,

Plaintiff,

v.

Ardagh Metal Packaging USA Corporation,

Defendant.

Case No. 3:26-cv-1754

ORDER

Defendant Ardagh Metal Packaging USA Corporation removed this action from the Lucas County, Ohio Court of Common Pleas by invoking this Court's diversity jurisdiction. (Doc. Nos. 1 &1-4).

For a district court to have original diversity jurisdiction over a case, complete diversity must exist between the parties to the dispute. 28 U.S.C. § 1332(a). That is, the dispute must be between citizens of different states. 28 U.S.C. § 1332(a)(1). As Defendant recognizes, (Doc. No. 1 at 3), "a limited liability company has the citizenship of each of its members." *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009). "When diversity jurisdiction is invoked in a case in which a limited liability company is a party, the court needs to know the citizenship of each member of the company. And because a member of a limited liability company may itself have multiple members—and thus may itself have multiple citizenships—the federal court needs to know the citizenship of each 'sub-member' as well." *Id.*

In the Notice of Removal, Defendant states, "Plaintiff has two members, one member

who is a citizen of New Jersey and one member who is a citizen of New York. Thus, for jurisdictional purposes, it is a citizen of the States of New Jersey and New York." (Doc. No. 1 at 3). But this conclusory allegation is insufficient. Instead, Defendant must identify Plaintiff's two members and state sufficient factual allegations from which I can verify the claim that one is a citizen of New Jersey and the other is a citizen of New York. Without these factual allegations, I cannot conclude this Court has diversity jurisdiction over this case.

To maintain this action in federal court, *see* 28 U.S.C. § 1447(c), Defendant must supplement the Notice of Removal by filing an affidavit of jurisdiction on or before October 30, 2026. In the affidavit, Defendant must:

a. Identify each member and sub-members of the LLC Plaintiff, which "must be traced through however many layers of partners or members there may be." *Meyerson v. Harrah's E. Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002); and

b. State sufficient jurisdictional allegations for me to determine the citizenship of every member or sub-member (e.g., the domicile of individuals, the place of incorporation and principal place of business of corporations).

While I acknowledge that it is Defendant's burden to establish this Court's diversity jurisdiction was properly invoked, I remind Plaintiff's counsel of this Court's expectation of collaboration and urge them to actively participate in acquiring the relevant facts required to determine appropriate jurisdiction, so jurisdiction can be verified as soon as possible.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge